# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Maranne Jillea Grate,<br>aka Maranne Grate, aka Maranne J Grate, | Chapter 7 |
| **Debtor 1** | Case No. 4:25−bk−01507−MJC |

Social Security No.:
xxx−xx−8081

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 5, 2025

**fnldecac** (05/18)