United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                  Case No. 25-01507-MJC

Maranne Jillea Grate                                Chapter 7

             Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                              User: admin                                Page 1 of 2

Date Rcvd: Sep 05, 2025                       Form ID: 318                             Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maranne Jillea Grate, 31 Golden Lane, Ulster, PA 18850-7827 |
| 5715224 | + | AT&T Mobility, 7277 164th Ave NE Bldg 1, Redmond, WA 98052-7823 |
| 5715233 | + | Jacob G Mead, 530 Anne Rd, Windsor, NY 13865-3219 |
| 5715241 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5715222 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 05 2025 19:02:04 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5715223 | ^ | MEBN | Sep 05 2025 18:47:04 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5715225 | + | EDI: CAPITALONE.COM | Sep 05 2025 22:48:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5715226 | + | EDI: CAPITALONE.COM | Sep 05 2025 22:48:00 | Capital One/Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5715227 | | Email/Text: bankruptcy@cavps.com | Sep 05 2025 18:49:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |
| 5715228 | | EDI: CITICORP | Sep 05 2025 22:48:00 | Citibank NA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5715229 | | EDI: WFNNB.COM | Sep 05 2025 22:48:00 | Comenity Capital/ Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5715230 | | EDI: MAXMSAIDV | Sep 05 2025 22:48:00 | Dept of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5715232 | | Email/Text: eslbankruptcynotifications@esl.org | Sep 05 2025 18:49:56 | ESL Federal Credit Union, 100 Kings Highway South, Rochester, NY 14617-5598 |
| 5715231 | ^ | MEBN | Sep 05 2025 18:46:51 | Eastern Account System Inc., 3 Corporate Dr, Danbury, CT 06810-4166 |
| 5715234 | | EDI: JEFFERSONCAP.COM | Sep 05 2025 22:48:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5715235 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2025 19:02:03 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy, Ste 20, Old Bethpage, NY 11804-9001 |
| 5715236 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 18:49:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5715237 | + | Email/Text: callcenter_bteam@nyseg.com | Sep 05 2025 18:49:00 | Nys Electric Gas Corporation, 18 Link Drive, Binghamton, NY 13904-3222 |
| 5715238 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 05 2025 18:47:06 | Patenaude & Felix, A.P.C, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5715239 | | EDI: SYNC | Sep 05 2025 22:48:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5715240 | + | EDI: WTRRNBANK.COM | Sep 05 2025 22:48:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 5715242 | | Email/Text: edbknotices@ecmc.org | Sep 05 2025 18:49:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5715243 | | Email/Text: bk@veritasrental.com | Sep 05 2025 18:49:00 | Veritas Instrument Rental, 10720 Park Blvd Ste F, Seminole, FL 33772-5461 |
| 5715244 | | Email/Text: bankruptcy@visionsfcu.org | Sep 05 2025 18:49:00 | Visions FCU, 24 McKinley Ave, Endicott, NY 13760 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Maranne Jillea Grate usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Maranne Jillea Grate | Social Security number or ITIN  xxx-xx-8081 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:25-bk-01507-MJC | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maranne Jillea Grate
aka Maranne Grate, aka Maranne J Grate

9/5/25

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**